IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL L. BROWN, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LM GENERAL INSURANCE | : | |
| COMPANY *et al.*, | : | No. 21-2134 |
|     *Defendants* | : | |

## ORDER

**AND NOW**, this 24th day of August, 2021, upon consideration of the Amended Complaint (Doc. No. 10), Defendants' Second Motion to Dismiss Count III and to Strike Certain Allegations (Doc. No. 11), and a review of the docket that shows that Ms. Brown has not filed a response in opposition to the Motion, it is **ORDERED** that the Motion (Doc. No. 11) is **GRANTED IN PART** and **DENIED IN PART**.

1. The Second Motion to Dismiss Count III of the Amended Complaint is **GRANTED**. Count III is **DISMISSED WITH PREJUDICE**.

2. The Second Motion to Strike references to "reckless," "wanton," and "willful" conduct in Counts I and II is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1